JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH JEAN F., | Case No. 2:23-cv-10032-KES |
| Plaintiff, | |
| v. | JUDGMENT |
| MARTIN O'MALLEY, | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is affirmed.

DATED: June 27, 2024

_____
KAREN E. SCOTT
United States Magistrate Judge

1